JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT L. WATSON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>STU SHERMAN, Warden, et al.,<br><br>　　　　　Respondents. | Case No. 5:19-cv-01780-JLS-MAA<br><br>**JUDGMENT** |

　　Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

　　IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: November 1, 2020

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　JOSEPHINE L. STATON
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE